BEFORE THE FIRST DIVISION, MARCH 20, 1951

**No. 55370.**—Quong Yee Wo et al. v. United States, protests 946084–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 20, 1951

**No. 55371.**—Andrew Fisher Cycle Co. v. United States, protest 156443–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55372.**—Columbus Combined Cleaners & Polishers, Inc. v. United States, protest 158818–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55373.**—Koh-I-Noor Pencil Co., Inc. v. United States, protest 161493–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55374.**—Sandvik Saw & Tool Corporation v. United States, protest 166288–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55375.**—W. T. Grant Company et al. v. United States, protests 934046–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.